UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CARR,<br>   Plaintiff,<br>  v.<br>MARTHA BRONITSKY,<br>   Defendant. | Case No. 15-cv-05781-WHO<br><br>**ORDER RE REQUESTS**<br>Re: Dkt. Nos. 4, 5 |

  Plaintiff has filed two letters seeking clarification as to why this bankruptcy appeal was assigned to a judge in San Francisco (when plaintiff lives in Alameda County), and asking for permission to be allowed to file documents electronically. Dkt. Nos. 4, 5.

  Under the Court's Civil Local Rules, a civil action which arises in Alameda County will be automatically assigned to either the San Francisco Division or the Oakland Division of this Court. Civ. L.R. 3-2(d). There is no procedure by which civil cases arising in Alameda County are specifically assigned to a judge in the Oakland Division.

  With respect to the request to be allowed to file electronically, plaintiff must file a formal motion. A sample motion is attached and available at the following website:

http://cand.uscourts.gov/ECF/proseregistration

  Plaintiff does not need to file this motion with the Court in person. Instead, she can file this motion by mail, sending it to the San Francisco Courthouse: United States District Court, 450 Golden Gate Ave., San Francisco, CA 94102.

  **IT IS SO ORDERED**.

Dated: February 18, 2016

WILLIAM H. ORRICK
United States District Judge