UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

    Plaintiff,

v.

MARTHA J. BRONITSKY,

    Defendant.

Case No. 15-cv-05781-WHO

**ORDER GRANTING LIMITED EXTENSION**

Re: Dkt. No. 14

Plaintiff seeks an extension of at least 30 days to file the opening brief on her appeal from the Bankruptcy Court due to medical reasons. Dkt. No. 14. I GRANT plaintiff's request. Plaintiff's opening brief is now due by **July 18, 2016**. Plaintiff is cautioned, however, that no further extensions will be granted absent extraordinary circumstances, and her appeal may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) if plaintiff does not comply with the Court's deadlines.

**IT IS SO ORDERED**.

Dated: June 14, 2016



WILLIAM H. ORRICK
United States District Judge