UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

    Appellant,

v.

MARTHA BRONITSKY,

    Appellee/Trustee.

Case No. 15-cv-05781-WHO

**ORDER TO SHOW CAUSE**

Appellant filed her notice of appeal on December 17, 2015. The record on appeal was filed on May, 16, 2016. After receiving multiple extensions, Appellant Carr filed her opening brief on October 7, 2016. Appellee's principal and response brief was due to be filed on January 2, 2017. As of today's date, Appellee Bronitsky has not filed her brief. Appellee Bronitsky is hereby ORDERED TO SHOW CAUSE for that failure and ORDERED to file her principal and responsive brief on or before January 23, 2017. Appellant Carr's reply, if any, will be due February 22, 2017.

**IT IS SO ORDERED**.

Dated: January 9, 2017

WILLIAM H. ORRICK
United States District Judge