UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARR,<br><br>        Plaintiff,<br><br>   v.<br><br>BRONITSKY,<br><br>        Defendant. | Case No. 15-cv-05781-WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/2017, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Anita B Carr
11801 Bloomington Way
Dublin, CA 94568

Dated: 3/9/2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Jean M. Davis
Jean Davis, Deputy Clerk to the
Honorable WILLIAM H. ORRICK